BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for
    The United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN CHARLES LAUBLY, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 1:09-cr-00464 LJO & <br> CASE NO. 1:10-cr-00362 LJO <br> <br> <br> <br> STIPULATION AND ORDER TO <br> EXCLUDE TIME |

    The parties request that the status conference in this case be continued from **December 17, 2010** to **January 7, 2011 at 8:45 a.m.** They stipulate that the time between December 17, 2010 and January 7, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, good cause exists for this stipulation.  The defense has filed various

pre-trial discovery motions relating to both cases. The parties are meeting and conferring in an effort to resolve any outstanding discovery disputes, and the government is in the process of attempting to produce additional discovery to the defense. A three week continuance will enable the parties to complete this process, and may remove the necessity for the court to hear these motions. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The parties also stipulate and agree that the briefing schedule on the pretrial motions may be suspended until the status conference on January 7, 2011, at which time either the motions will be withdrawn, or a new briefing schedule will be requested.

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATE: December 15, 2010      By:    /s/ Mark J. McKeon
                                    MARK J. McKEON
                                    Assistant U.S. Attorney


DATE: December 15, 2010             /s/ Eric K. Fogderude
                                    ERIC K. FOGDERUDE
                                    Attorney for Defendant

1    **SO ORDERED.**

2   
DATE: December 15, 2010        /s/ Lawrence J. O'Neill
3                               _____
                                HON. Lawrence J. O'Neill
4                               U.S. District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28