# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JAN 1 2 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY A. JESSEN
DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No.  1:09-cr-00464-LJO |
| Steven Laubly ) | 1:10-cr-00362-LJO |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Steven Laubly_____, have discussed with _____Jacob Scott_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

To vacate the following condition:   You shall submit to alcohol testing as directed by the Pretrial Services Officer.

All other previously imposed conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    1/7/11            _____    1/7/11
Signature of Defendant           Date                Pretrial Services Officer          Date
Steven Laubly                                         Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____                                                 1/7/11
Signature of Assistant United States Attorney                                   Date
Mark McKeon

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                                 1-7-11
Signature of Defense Counsel                                                    Date
Eric Fogderude

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on   1/12/11   .
☐ The above modification of conditions of release is *not* ordered.

_____                                                 1/12/11
Signature of Judicial Officer                                                   Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services