BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
MICHELE THIELHORN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for
    The United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00362 LJO |
| Plaintiff, | |
| v. | STIPULATION REGARDING ADMISSIBILITY OF RECORDS OF BANKS AND TITLE COMPANIES |
| STEVEN CHARLES LAUBLY, | |
| Defendant. | |

IT IS STIPULATED by and between the United States and its

attorneys of record, Mark J. McKeon and Michele Thielhorn, and the

defendant Steven Charles Laubly, through his attorney of record

Eric K. Fogderude, that the documents from banks and title

companies identified on Attachment "A" have been made available to

//

//

//

//

//

//

//

1

1 | the defense prior to trial, and are admissible under the Federal

2 | Rules of Evidence.

3 | DATED: April 15, 2011                    BENJAMIN B. WAGNER
                                            United States Attorney
4 |

5 |                                  By:    /s/ Mark J. McKeon
                                           MARK J. McKEON
6 |                                        Assistant U.S. Attorney

7 |

8 | DATED: April 15, 2011                    /s/ Eric K. Fogderude
                                            ERIC K. FOGDERUDE
9 |                                         Attorney for Defendant,
                                            STEVEN CHARLES LAUBLY
10 |

11 |

12 |                                ORDER

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Attachment "A"

Documents obtained from Bank of the West
(Bates ## 1263-2283)

Documents obtained from Wells Fargo Bank
(Bates ## 2284-2871)

Documents obtained from Bank of the Sierra
(Bates ## 2872-2980)

Documents obtained from Title Guaranty Escrow Services
(Bates ## 2981-3036)

Documents obtained from Fidelity National Title Company
(Bates ## 3037-3237)

Documents obtained from Chicago Title Company
(Bates ## 3238-3584)

Documents obtained from First American Title Company
(Bates ## 3585-3839)

Documents obtained from Stewart Title of California
(Bates ## 3840-3957)

Documents obtained from Commerce Title Company
(Bates ## 3958-3994)

Documents obtained from North American Title Company
(Bates ## 3995-4056)

IT IS SO ORDERED.

Dated:   April 15, 2011                    /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE