IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>STEVEN CHARLES LAUBLY,<br><br>          Defendant.<br>_____/ | CASE NO. CR F 10-0362 LJO<br><br>**ORDER REGARDING DEFENDANT'S NOTICES FILED JULY 1, 2011 and JULY 6, 2011** |

The Court has received and reviewed the Defendant's "Notice to the Court of Constitutional Rights and Due Process Violations," which includes a request that Defense Counsel be "fired." The defendant stands convicted, with a sentencing date of July 29, 2011.

The Court hereby sets a CLOSED hearing in this case (due to the attorney-client confidentiality issue that need to be addressed in the hearing based on the allegations made in the defendant's Notice) for Friday, July 15, 2011 at 10:30 a.m. in Courtroom Four on the 7th floor of the United States Courthouse in Fresno, California.

IT IS SO ORDERED.

**Dated:   July 6, 2011**              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

1