# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 10-0362 LJO |
| Plaintiff, | **NOTICE OF COURT'S INTENT TO SENTENCE ABOVE GUIDELINE RANGE (UPPER DEPART)** |
| vs. | |
| STEVEN CHARLES LAUBLY, | |
| Defendant. / | |

The Court has reviewed the Presentence Investigative Report, dated July 18, 2011. Based on the level of sophistication of the crimes, the high level of intelligence of the Defendant, the seriousness of the crimes, the need to promote respect for the law, the total absence of that respect shown by the Defendant, the decades of aberrant behavior of the exact nature of the convictions, the clear acts of deceit and false testimony at the time of trial (obstruction of justice), the scheme to play one IRS agent against the other over a long period of time, the amount of loss to the Government, and Defendant's total lack of remorse in spite of his continued false statements of wanting to pay to the government what is owed (something the Defendant said to prolong his dishonest activities when dealing with the government agents), the Court HEREBY GIVES NOTICE of its intent to depart in an upward direction from the Guideline Range.

The clerk is directed to serve this order on all counsel, the Defendant as his last designated home address, and Pretrial Services.

IT IS SO ORDERED.

**Dated:   July 19, 2011**                            **/s/ Lawrence J. O'Neill**

1

UNITED STATES DISTRICT JUDGE