1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10                                              CASE NO. 10-CR-362 LJO

United States of America

11                    Plaintiff,          ORDER DENYING REQUEST

12          vs.                           FOR EVIDENTIARY HEARING

13   Steven Charles Laubly

14                    Defendants.

                                                    /

15

16   The Court has received and reviewed the Defendant's Request for An Evidentiary Hearing at the time

17   currently set for the sentencing in this case: August 12, 2011 at 10:00 a.m..   From the request, it appears

18   clear that the Defendant is requesting still another opportunity to claim innocense, and to show

19   innocense.   The voluminous papers filed to date, coupled with the Defendant's testimony at the time

20   of the jury trial has already done that which is being requested now.  The request is therefore DENIED.

21   IT IS SO ORDERED.

22   **Dated:   August 10, 2011**                   **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

                                               1