ARTHUR H. WEED
State Bar No. 102422
21 East Canon Perdido, No. 217
Santa Barbara, CA 93101
(805) 962-9339 FAX 617-3378

Attorney for Defendant
STEVEN CHARLES LAUBLY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1:10-cr-00362-LJO-1 |
| ) | |
| Plaintiff, ) | Eastern District of California |
| ) | |
| ) | |
| -v- ) | ORDER AUTHORIZING ACCESS AND |
| ) | COPYING OF SEALED DOCUMENTS |
| STEVEN CHARLES LAUBLY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

GOOD CAUSE APPEARING, it is hereby ORDERED that appellate counsel herein, ARTHUR H. WEED, or his designee, have access to view and copy the following sealed documents in this case for the limited use of prosecuting the appeal in Ninth Circuit Court of Appeals case No. 11-10420:

1. A portion of the reporter's transcript of the proceedings held July 15, 2011, which was ordered sealed;

2. A portion of the reporter's transcript of the first day of trial, April 26, 2011 which was ordered sealed.

IT IS FURTHER ORDERED that the Court Reporter in this case, PEGGY CRAWFORD, is authorized to provide the transcript of the above sealed proceedings to appellate counsel for the limited use of prosecuting this appeal.

IT IS FURTHER ORDERED that if any of the sealed documents in this case are included in the excerpts of record to be filed in the Ninth Circuit Court of Appeals the same shall be designated as "FILED UNDER SEAL" pursuant to Ninth Cir. Rule 27-13 and will only be served on the Government. Copies of said sealed documents and reporters' transcripts of sealed proceedings shall not be provided to the defendant-appellant STEVEN CHARLES LAUBLY.

IT IS SO ORDERED this 12th day of October, 2011.

/s/ Lawrence J. O'Neill_____

HONORABLE LAWRENCE J. O'NEILL
United States District Court Judge