UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>STEVEN CHARLES LAUBLY,<br><br>   Defendant. | 1:10-cr-362 LJO<br><br>ORDER ON "AMENDMENT TO MOTION/REQUEST FOR CERTIFICATE OF APPEALABILITY OF DENIED 2255 MOTION" (DOC. 128) |

Defendant Steven Charles Laubly ("Defendant") is a federal inmate whose pro se petition for relief pursuant to 28 U.S.C. § 2255 ("Section 225") was denied on March 6, 2014. Doc. 122. This Court's March 6, 2014 Order denying Defendant's Section 2255 petition also refused to grant Defendant a certificate of appealability. *Id*. at 5. On April 11, 2014, Defendant filed with this Court a document entitled: "Amendment to Request for Certificate of Appealability of Denied 2255 Motion." Doc. 128. This document, which upon filing bore only the case number associated with Defendant's appeal, appears to be an attempt to amend a request directed to the Ninth Circuit. *Id*. Therefore, this Court will take no action on the April 11, 2014 filing. Defendant is further ORDERED not to file with this Court copies of documents requesting action by the Court of Appeals, as doing so wastes administrative resources.

IT IS SO ORDERED.

Dated:   **April 16, 2014**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1